**Dismissed and Memorandum Opinion filed August 18, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00532-CV

**APARTMENT EXPRESS LLC, Appellant**

**V.**

**SOUTHCHASE NORTH APARTMENTS, Appellee**

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1062291**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 10, 2015. The notice of appeal was filed June 16, 2015. [1] To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in

---

[1] We note that Apartment Express LLC is named in the notice of appeal signed by Datril Boston, who is not a party to the appeal or a licensed attorney. Except for the performance of ministerial tasks, corporations may appear and be represented only by a licensed attorney. *Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, U.S.A., 937 S.W.2d 455, 456 (Tex. 1996).

civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207.

On July 21, 2015, this court ordered appellant to pay the appellate filing fee on or before August 5, 2015, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Boyce, Busby, and Brown.